158 A.3d 1243

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lance E. MASSE, Petitioner**

**No. 238 EAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.